**Gilberto G. MUÑOZ, Plaintiff–Appellant,**

v.

**SOCIAL SECURITY ADMINISTRA-TION; Carolyn W. Colvin, Acting Commissioner of SSA, Defendants–Appellees.**

No. 13–55903

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2016 *

Filed June 6, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Gilberto G. Munoz, Chula Vista, CA, Pro Se.

Beth A. Clukey, Ernest Cordero, Jr., Assistant U.S. Attorneys, Office of the US Attorney, San Diego, CA, for Defendants–Appellees.

Before: REINHARDT, W. FLETCHER, and MURGUIA, Circuit Judges.

MEMORANDUM **

Gilberto G. Muñoz appeals pro se from the district court's judgment in his action under the Rehabilitation Act of 1973, 29 U.S.C. §§ 701 *et seq.*, alleging retaliatory firing. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's ruling on cross-motions for summary judgment. *Ford v. City of Yakima*, 706 F.3d 1188, 1192 (9th Cir.2013). We affirm.

The district court properly granted summary judgment for defendants because Muñoz failed to raise a genuine dispute of material fact as to whether defendants' legitimate reason for firing him was pretextual. *See Coons v. Sec'y of U.S. Dep't of Treasury*, 383 F.3d 879, 887–88 (9th Cir. 2004) (setting forth burden shifting test for evaluating a retaliation claim under the Rehabilitation Act).

Muñoz's requests for judicial notice, set forth in his reply brief, are denied as unnecessary.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n. 2 (9th Cir.2009).

**AFFIRMED.**